FILED
CLERK, U.S. DISTRICT COURT
DEC 1 4 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIO RALPH RILEY, <br><br> Defendant. | Case No. SA CR 05-00166-JVS <br><br> ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Instant allegations indicate lack of amenability to supervision.*

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *Underlying offense; instant allegations indicate lack of amenability to supervision.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 12/14/2015

DOUGLAS F. McCORMICK
United States Magistrate Judge